IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JESSIE MAE SAWYER,

   *Plaintiff*,

v.                                                 Case No.: 1:21cv85-MW/GRJ

CAMPUS USA CREDIT UNION,

   *Defendant*.
_____/

## ORDER ACCEPTING IN PART AND REJECTING IN PART REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 53. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 53, is **accepted in part and rejected in part and adopted in part** as this Court's opinion. I depart from the Magistrate Judge's recommendation only with respect to whether this Court should dismiss or remand Plaintiff's claims. Specifically, because this case originated in state court prior to its removal to federal court, this Court has discretion to continue exercising supplemental jurisdiction over Plaintiff's remaining state-law claims, *see* 28 U.S.C. § 1367(c), or to remand the case to state court. This Court declines to

exercise jurisdiction given the stage of the pleadings, and the interests of comity, judicial economy, convenience, and fairness. Accordingly, the Clerk shall enter judgment stating, "Plaintiff's claims are **REMANDED** to the Circuit Court for the Eighth Judicial Circuit in and for Alachua County, Florida." The motion to dismiss Plaintiff's second amended complaint, ECF No. 44, is **DENIED as moot**. The Clerk shall take all steps necessary to effect the remand and close the file.

**SO ORDERED on April 18, 2022.**

s/Mark E. Walker  
**Chief United States District Judge**
